UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STATE NATIONAL INSURANCE COMPANY,    Civil Case No.: 1:25-cv-02554-RA

                         Plaintiff,    **STIPULATION OF**
                                                    **VOLUNTARY DISMISSAL**
        v.    **WITH PREJUDICE AND**
                                                        **WITHOUT COSTS**

MT. HAWLEY INSURANCE COMPANY,

                         Defendant.
-----------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff State National Insurance Company and Defendant, Mt. Hawley Insurance Company, by and through their respective undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action, with prejudice and without costs to any party.

Dated: June 6, 2025
       West Conshohocken, PA

**STEWART SMITH**

By: ___[signature]___
Nancy S. Portney
300 Four Falls Corporate Center, Suite 670
West Conshohocken, PA 19428
Phone: 484-344-5323
Fax:    484-534-9470
Email: nportney@StewartSmithLaw.com
*Attorneys for Plaintiff,*
*State National Insurance Company*

**DELAHUNT LAW PLLC**

By: ___[signature]___
Timothy E. Delahunt
295 Main Street
Suite 836
Buffalo, NY 14203
Phone: 716-878-9178
Fax:    716-878-9179
Email: tdelahunt@delahuntpllc.com
*Attorneys for Defendant,*
*Mt. Hawley Insurance Company*